1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  1255 Powell Street
   Emeryville, California 94608
3  Telephone:  (415) 348-6000
   Facsimile:  (415) 348-6001
4  Email:      jkirsch@gibsonrobb.com

5  Attorneys for Plaintiffs
   THE TJX COMPANIES, INC.; and
6  AFFILIATED FM INSURANCE
   COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TJX COMPANIES, INC.; and AFFILIATED FM INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MAERSK A/S; and DOE ONE through DOE TEN,<br><br>Defendants. | Case No. 2:23-cv-02092 CBM(SKx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41**<br><br><br>Complaint filed:   March 21, 2023 |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs THE TJX COMPANIES, INC.; and AFFILIATED FM INSURANCE COMPANY, by and through its counsel of record, and Defendant MAERSK A/S, by and through its counsel of record, that the above-captioned action, in its entirety, be and hereby is dismissed with prejudice, with each party to bear its own costs and fees, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

/ / /

/ / /

Undersigned counsel for Plaintiff, Joshua E. Kirsch, certifies that all electronic signatures below have been duly authorized by signatory counsel per Local Rule § 5-4.3.4(a)(2)(i).

**IT IS SO STIPULATED.**

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 4, 2024 | GIBSON ROBB & LINDH LLP |
|   | /s/ JOSHUA E. KIRSCH |
|   | Joshua E. Kirsch |
|   | jkirsch@gibsonrobb.com |
|   | Attorneys for Plaintiffs |
|   | THE TJX COMPANIES, INC.; and AFFILIATED FM INSURANCE COMPANY |
| Dated: March 4, 2024 | LAW OFFICES OF ALEXANDER MOGHADDAM, PC |
|   | /s/ B. ALEXANDER MOGHADDAM |
|   | B. Alexander Moghaddam |
|   | alex@moghaddamlaw.com |
|   | Attorneys for Defendant MAERSK A/S |

STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41
Case No. 2:23-cv-02092 CBM(SKx); Our File No. 5480.01